IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CR-96-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAVARIS RAHMEL DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST respond to defendant's motion to lift a detainer [D.E. 92] not later than March 2, 2026.

SO ORDERED. This 10 day of February, 2026.

JAMES C. DEVER III
United States District Judge