IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CR-96-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAVARIS RAHMEL DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

In light of the United States' response [D.E. 95], the court DENIES as moot defendant's pro se motion to remove detainer [D.E. 92]. There is no detainer to remove.

SO ORDERED. This 13 day of February, 2026.

JAMES C. DEVER III
United States District Judge